CONSTANGY, BROOKS, SMITH & PROPHETE LLP
JASMINE L. ANDERSON (SBN 252973)
janderson@constangy.com
CHRISTIN A. LAWLER (SBN 272607)
clawler@constangy.com
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 918-3000
Facsimile: (415) 918-3009

CONSTANGY, BROOKS, SMITH & PROPHETE LLP
NATALIE TORBATI MEINHARDT (SBN 301663)
ntorbati@constangy.com
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone:  (310) 909-7775
Facsimile:   (424) 465-6630

*Attorneys for Defendant*
BB OPCO LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL MOSLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BB OPCO, LLC dba BROOKS BROTHERS, a Delaware limited liability company, BROOKS BROTHERS GROUP, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>*[Removed from Riverside County Superior Court Case No. CVRI2105755]*<br><br>**DEFENDANT BB OPCO LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**<br><br>Complaint Filed:  December 22, 2021 |

**TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Defendant BB OPCO LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| BB OPCO LLC | Defendant |
| SPARC Group BB Holdings LLC | Parent Company for Defendant |
| Rachel Mosley | Plaintiff |

Furthermore, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 7.1-1, BB OPCO LLC is a privately-held company. Its parent company is SPARC Group BB Holdings LLC, which is privately-owned.

Dated: January 26, 2022         Respectfully submitted,

CONSTANGY, BROOKS, SMITH & PROPHETE LLP

By:   /s/ *Jasmine L. Anderson*
        Jasmine L. Anderson
        Christin A. Lawler
        Natalie Torbati Meinhardt
        *Attorneys for Defendant*
        BB OPCO LLC